UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARWAN ADEL TAWEELEH,

Defendant.

25CR 139 JMB/DTS
**INDICTMENT**

18 U.S.C. § 2422(b)
18 U.S.C. § 2260A

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT ONE**
(Attempted Coercion and Enticement of a Minor)

On or about March 18, 2025, in the State and District of Minnesota, the

defendant,

**MARWAN ADEL TAWEELEH,**

knowingly used the mail and any facility or means of interstate and foreign

commerce to persuade, induce, entice, or coerce any individual who has not

attained the age of 18 years to engage in prostitution or any sexual activity for

which any person can be charged with a criminal offense, and that

TAWEELEH attempted to do so, all in violation of Title 18, United States Code,

Section 2422(b).

SCANNED
APR 0 9 2025
U.S. DISTRICT COURT MPLS

<u>United States v. Taweeleh</u>

## <u>COUNT TWO</u>
(Offense by a Registered Sex Offender)

On or about March 18, 2025, in the State and District of Minnesota, the defendant,

### MARWAN ADEL TAWEELEH,

an individual who has a prior conviction for Solicitation of a Child to Engage in Sexual Conduct, and who is required by federal and other law to register as a sex offender, did commit a felony offense involving a minor under Title 18, United States Code, Section 2422, as charged in Count One of this indictment, in violation of Title 18, United States Code, Section 2260A.

## <u>FORFEITURE ALLEGATIONS</u>

Upon conviction of Count One of the Indictment, the defendant,

### MARWAN ADEL TAWEELEH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), any property, real or personal, used or intended to be used to commit or to facilitate the commission of Count 1, and any property, real or personal, constituting or derived from any proceeds that the defendant[s] obtained, directly or indirectly, as a result of such violation, including, but not limited to, a white and black GMC Sierra truck bearing Minnesota license ZJV487 and a cellular phone recovered by law enforcement during a search of Taweeleh's person on March 18, 2025.

United States v. Taweeleh

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
ACTING UNITED STATES ATTORNEY        FOREPERSON

3